NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ANTONIO PAUSEIRO, et al., | : |
| Plaintiffs, | : Civil Action No.: 15-3523 (ES)(JAD) |
| v. | : ORDER |
| PORT AUTHORITY OF NY & NJ, et al., | : |
| Defendants. | : |

**SALAS, DISTRICT JUDGE**

Pending before the Court is Plaintiffs Antonio Pauseiro and Maria Pereira's (collectively, "Plaintiffs") motion to remand. (D.E. No. 23). Also pending before the Court are certain motions to dismiss, as well as a motion for summary judgment by one of the defendants in this action. (*See* D.E. Nos. 21, 39, 49 & 56).

On October 29, 2015, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the Undersigned grant Plaintiffs' motion to remand. (D.E. No. 69). The parties had 14 days to file and serve any objections to Judge Dickson's Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). To date, no party has filed an objection.

Having carefully reviewed the parties' submissions and Judge Dickson's Report and Recommendation, and noting that Judge Dickson extended Plaintiffs' time to file a motion to remand pursuant to Docket Entry No. 13, and for the reasons stated in Judge Dickson's Report and Recommendation,

- 2 -

IT IS on this 21st day of December 2015,

**ORDERED** that this Court ADOPTS Magistrate Judge Dickson's Report and Recommendation, (D.E. No. 69), as the Opinion of this Court; and it is further

**ORDERED** that Plaintiffs' motion to remand, (D.E. No. 23), is GRANTED in relevant part; and it is further

**ORDERED** that this matter is hereby REMANDED to New Jersey Superior Court, Law Division, Middlesex County; and it is further

**ORDERED** that the pending motions filed by certain defendants, (D.E. Nos. 21, 39, 49 & 56), are DENIED without prejudice as MOOT; and it is further

**ORDERED** that the Clerk of Court shall mark this case CLOSED.

<u>s/ Esther Salas</u><br>
<b>Esther Salas, U.S.D.J.</b>